IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

FILED OCT 3 1 2017
Clerk, U S District Court
District Of Montana
Billings

| In the Matter of the Seizure of $68,000.00 in United States Currency. | Case No. MJ 17-63-BLG-TJC<br><br>ORDER |

The United States has filed a motion for leave to file under seal the United States' brief in support of its motion for leave and the unredacted Affidavit attached thereto. Upon considering the United States' motion and weighing the public's right of access to documents filed in this district, the Court finds that good cause exists at this time to file under seal the United States' brief and attached unredacted Affidavit.

IT IS HEREBY ORDERED that the United States' motion is granted. The Clerk of District Court shall file under seal the United States' Brief in Support of Motion for Leave to File Under Seal Brief and Attached Unredacted Affidavit consisting of 13 pages.

IT IS FURTHER ORDERED that Clerk of District Court shall file in the public record the United States' Motion for Leave, Application for a Warrant to

1

Seize Property Subject to Forfeiture and attached redacted Affidavit consisting of 10 pages, and Warrant to Seize Property Subject to Forfeiture.

**DATED** this 31st day of October, 2017.

_____
Timothy J. Cavan
United States Magistrate Judge